UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Joseph Edward Zink Jr.              :           Case #: 05-76630
       Waverlyn Darlene Zink

                                                     :           Chapter 13

                                                     :           Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 13, 2010                             /s/ Frank M. Pees_____
                                                                     Frank M. Pees
                                                                     Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Wilshire Credit Corporation<br>PO Box 941011<br>Simi Valley, CA  93094-1011 | $349.90 |